Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
LAURA DIANE FOWLER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DIANE FOWLER ) | Case No.: 1:17-cv-01253-EPG |
| ) | |
| Plaintiff, ) | ORDER AND STIPULATION TO |
| v. ) | EXTEND TIME TO SERVE |
| ) | CONFIDENTIAL LETTER BRIEF |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security. ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff Laura Diane Fowler and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 3 days from March 19, 2018 to March 22, 2018 for Plaintiff to serve its confidential letter brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

| | |
|---|---|
| 1 | This request is made at the request of Plaintiff's counsel who missed time |
| 2 | from the office this week due to an illness. Counsel apologizes for any |
| 3 | inconvenience this request may have cause. |
| 4 | DATE: March 22, 2018      Respectfully submitted, |
| 5 |                           LAWRENCE D. ROHLFING |

                         /s/ *Cyrus Safa*
BY: _____
                         Cyrus Safa
                         Attorney for plaintiff Ms. Laura Diane Fowler

DATE: March 22, 2018

                         MCGREGOR W. SCOTT
                         United States Attorney
                         DEBORAH LEE STACHEL
                         Regional Chief Counsel
                         Social Security Administration

                         /s/ *Marcelo N. Illarmo*
BY: _____
                         Marcelo N. Illarmo
                         Special Assistant United States Attorney
                         Attorneys for defendant Nancy A. Berryhill
                         |\*authorized by e-mail|

## **ORDER**

Based upon the above stipulation of the parties, and good cause appearing, the time for Plaintiff to serve her confidential letter brief is extended by three days, from March 19, 2018, to March 22, 2018, with all other dates in the Court's Order Scheduling Order extended accordingly.

IT IS SO ORDERED.

Dated: **March 26, 2018**         /s/ Elicia P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE