# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA DIANE FOWLER | ) Case No.: 1:17-cv-01253-EPG |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING STIPULATION |
| | ) TO EXTEND TIME TO FILE |
| NANCY A. BERRYHILL, | ) PLAINTIFF'S OPENING BRIEF |
| Acting Commissioner of Social Security, | ) (ECF No. 16) |
| Defendant. | ) |

On June 1, 2018, Plaintiff Laura Diane Fowler and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, stipulated, subject to the Court's approval, to extend the time by one day from May 29, 2018 to May 30, 2018 for Plaintiff to file a Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. The Court finds good cause for and will grant the requested extension.

IT IS ORDERED that the stipulation for extension of time (ECF No. 16) is Granted. The time for Plaintiff to file Plaintiff's Opening Brief is extended to May 30, 2018.

-1-

IT IS FURTHER ORDERED that all other dates in the Court's Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: **June 1, 2018**

/s/ *Erin P. Gros[ ]*
UNITED STATES MAGISTRATE JUDGE