Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Laura Diane Fowler

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAURA DIANE FOWLER, | Case No.: 1:17-cv-01253-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | (ECF No. 24, 26) |

TO THE HONORABLE ERICA P. GROSJEAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Laura Diane Fowler be awarded attorney fees and expenses in the amount of three thousand three hundred eighty-five dollars and seven cents ($3,385.07) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28

U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Laura Diane Fowler, the government will consider the matter of Laura Diane Fowler's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Laura Diane Fowler, but if the Department of the Treasury determines that Laura Diane Fowler does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Laura Diane Fowler.[1] Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Laura Diane Fowler's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Laura Diane Fowler and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Cyrus Safa and/or the Law

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: March 22, 2019        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
Cyrus Safa
Attorney for plaintiff Laura Diane Fowler

DATED: March 22, 2019        MCGREGOR W. SCOTT
United States Attorney

/s/ *Marcelo N. Illarmo*

MARCELO N. ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant
NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

# **ORDER**

IT IS ORDERED that attorney fees in the amount of three thousand three hundred eighty-five dollars and seven cents ($3,385.07), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, are awarded to Plaintiff subject to the terms of the Stipulation. (ECF No. 26.) In light of the stipulation and this order awarding EAJA attorney fees to Plaintiff, Plaintiff's Motion for Attorney Fees (ECF No. 24) is denied as moot.

IT IS SO ORDERED.

Dated: **March 25, 2019**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE